AO 442 (Rev. 01/09) Arrest Warrant    AGENCY: DEA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.
JARVIS LAMONT CARLYLE
aka "Mollie Mont", "Mont"

Defendant

Case No. 2:22-CR-72

RECEIVED BY: Max
DATE: 7.13.2022    TIME:
U.S. MARSHAL E/TN
GREENEVILLE, TN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) JARVIS LAMONT CARLYLE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to distribute 50 grams or more of methamphetamine. (21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A))
- Conspiracy to distribute fentanyl. (21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(C))
- Distributing a detectable amount of Fentanyl. (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))
- Conspiracy to commit money laundering. (18 U.S.C. § 1956(h))

Date: 07/13/2022

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

City and state: Greeneville, Tennessee

### Return

This warrant was received on (date) 07/13/2022, and the person was arrested on (date) 07/14/2022
at (city and state) Bristol, TN.

Date: 07/14/2022

*Arresting officer's signature*

TFO Trevor Salyer
*Printed name and title*

11-77641
2274-0713-2083-2